# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL ALAN CROOKER,<br><br>　　　　Plaintiff<br><br>v.<br><br>FMA ALLIANCE LTD,<br><br>　　　　Defendant. | CIVIL ACTION NO: 08-cv-10375-GAO |

## NOTICE OF SETTLEMENT

*TO THE CLERK OF THE ABOVE-NAMED COURT:*

Please be advised that a settlement agreement was reached between the Plaintiff and Defendant in the underlying matter. Kindly issue a sixty (60) day nisi order.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　FMA ALLIANCE LTD.,
　　　　　　　　　　　　　　　　By Its Attorneys,


　　　　　　　　　　　　　　　　*/s/ Andrew M. Schneiderman*
　　　　　　　　　　　　　　　　David A. Grossbaum, BBO #546020
　　　　　　　　　　　　　　　　Andrew M. Schneiderman, BBO #666252
　　　　　　　　　　　　　　　　HINSHAW & CULBERTSON LLP
　　　　　　　　　　　　　　　　One International Place, 3rd Floor
　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　617-213-7000
　　　　　　　　　　　　　　　　617-213-7001 (facsimile)

Dated: March 24, 2008

34038607v1 886787

## CERTIFICATE OF SERVICE

    I, Andrew M. Schneiderman, hereby certify that the document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                   */s/ Andrew M. Schneiderman*
                                                   Andrew M. Schneiderman

34038607v1 886787